IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE FRANK TRIPPETT, *et al.*, : <br>     *Plaintiffs*, : <br> : <br> v. : <br> : <br> WILLIAM MCCULLOUGH, *et al.*, : <br>     *Defendants*. : | CIVIL ACTION NO. 18-CV-4958 |

## ORDER

AND NOW, this 4th day of December, 2018, upon consideration of *pro se* Plaintiffs' Terrance Frank Trippett and Andrea Sessom's Motions for Leave to Proceed *In Forma Pauperis* (ECF Nos. 1, 2) and Complaint (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. All claims, with the exception of Trippett's retaliation claim against Louis Petrecco, are **DISMISSED** at this time for the reasons set forth in the Court's Memorandum. Any claims challenging Trippett's probation revocations, which are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), are **DISMISSED without prejudice** to Trippett's right to pursue them in a new lawsuit if and when he is successful in challenging the revocations in state court or in federal *habeas* proceedings.

4. All Defendants except Petrecco are **DISMISSED**. Also, because the Court has resolved all claims directly involving her, Sessom is **DISMISSED** as a Plaintiff.

5. The Clerk of Court is **DIRECTED** to issue a summons.

6. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons, the Complaint, and a copy of this Order and accompanying

Memorandum upon Petrecco at no cost to Trippet.  Trippett will be required to complete USM-285 forms so that the Marshals can serve Petrecco.  Failure to complete those forms may result in dismissal of this case for failure to prosecute.

                              **BY THE COURT:**

                              */s/ Gerald J. Pappert*
                              **GERALD J. PAPPERT, J.**